UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE I. GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY SHERIFF DEPARTMENT, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-01170-NONE-BAM<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN **FORTY-FIVE (45) DAYS** |

　　　　Plaintiff Jesse I. Gomez ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff filed this action on August 2, 2021, (Doc. 1), together with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, (Doc. 2).

　　　　Plaintiff's application is incomplete. Although Plaintiff has signed the application, he has failed to complete the required form and to submit a certified copy of his trust account statement. Plaintiff must submit a completed form and a certified copy of his trust account statement if he wishes for the application to be considered.

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;

2. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his trust account statement for the past six months, or in the alternative, pay the $402.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **August 9, 2021**                         /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE