UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE GOMEZ,

         Plaintiff,

    v.

COUNTY OF KINGS, et al.,

         Defendants.

Case No.  1:21-cv-01170-JLT-BAM

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF JESSE GOMEZ TO FILE AN AMENDED COMPLAINT**

(Doc. 32)

On December 15, 2022, the parties filed a stipulation to extend the time for Plaintiff Jesse Gomez to amend the complaint.  (Doc. 32.)  The parties explain that an extension of time is necessary to allow Plaintiff to review reports recently produced by Defendants County of Kings, Sheriff David Robinson, Deputy Dakota Fausnett and Deputy Colton Verhoeven related to the incident and to discover the identity of all involved officers.  The parties agree to a 90-day continuance of the December 16, 2022 deadline to amend the complaint.  (*Id.*)

Having considered the parties' stipulation, and good cause appearing, the request to extend the time for Plaintiff to amend the complaint is GRANTED.  Any stipulated amendment or motion to amend the complaint by Plaintiff shall be filed by March 16, 2023.

IT IS SO ORDERED.

Dated:  __**December 16, 2022**__         ___/s/ Barbara A. McAuliffe___

UNITED STATES MAGISTRATE JUDGE

1