UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GOMEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF KINGS, et al.,<br><br>        Defendants. | Case No.  1:21-cv-01170-JLT-BAM<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR AN ORDER CONTINUING THE COURT'S SCHEDULING ORDER DEADLINES**<br><br>(Doc. 34) |

On September 8, 2023, the parties filed a joint stipulation and request to continue the discovery and dispositive motion deadlines.  (Doc. 34.)  The parties explain that they have been diligently engaged in discovery and, during that process, Plaintiff learned that "the involved officers are from different agencies aside from the Defendants."  (Doc. 34 at p. 3.)  Plaintiff "intends to the take the named defendant officers['] depositions after confirming the existence of, or lack thereof, any video footage that captured the incident from any of the assisting agencies that responded to the incident."  (*Id.*)  The parties wish to participate in mediation, but believe they would be unable to participate meaningfully without this discovery.  The parties also believe that continuation of the scheduling order dates "is necessary to finalize critical discovery, to ensure that all the Parties' experts have all necessary information and deposition transcripts and records prior to preparing their reports, and to allow the Parties time to file any applicable motions."  (*Id.*)  The parties are not requesting to continue the current pretrial conference and trial dates.

///

1

Having considered the parties' stipulation, and good cause appearing, the request to continue the discovery and dispositive motion deadlines is GRANTED. The Court's Scheduling Conference Order is modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | 11/17/23 |
| Initial Expert Disclosures: | 12/8/23 |
| Supplemental Expert Disclosures: | 12/29/23 |
| Expert Discovery Cutoff: | 02/23/24 |
| Pretrial Motion Filing Deadline: | 03/22/24 |

The Pretrial Conference date of June 14, 2024, and the Trial date of August 19, 2024, remain as scheduled.

IT IS SO ORDERED.

Dated: **September 11, 2023**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE