**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JESSE GOMEZ, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF KINGS, a public entity; SHERIFF DAVID ROBINSON, in his individual and official capacity; SENIOR DEPUTY DAKOTA FAUSNETT, in her individual and official capacity, DEPUTY COLTON VERHOEVEN, in his individual and official capacity; and DOES 1-50, inclusive, Jointly and Severally,<br><br>    Defendants. | Case No.  1:21-cv-01170-JLT-BAM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE COURT'S SCHEDULING ORDER**<br><br>(Doc. 35) |

On November 15, 2023, the parties filed a stipulation to continue the scheduling order for the parties to continue to conduct discovery. (Doc. 36). The parties explain that an extension of time is necessary to allow the parties to complete discovery to complete discovery, further narrow the issues in this case, and to conduct a meaningful mediation in the future. (*Id* at 3-4.) The parties note that this request is made in part due to the recent deaths in each of the parties'

counsel's family. (*Id.* at 3.)

The parties agree that an additional 60 days is necessary to complete the discovery process and ensure that no outstanding discovery exists from third party agencies because of the recent discovery that assisting agencies (outside of the Defendants) have proprietary access to relevant information. (*Id.* at 3.) The parties do not request a continued pretrial conference or trial date.

Having considered the parties' stipulation, and good cause appearing, the request to continue the discovery and dispositive motion deadlines are GRANTED. The Court's Scheduling Conference Order (*See* Docs. 31, 35) is modified as follows:

| **EVENT** | **DATE** |
| --- | --- |
| Non-Expert Discovery Cut-Off: | 01/19/24 |
| Expert Disclosures: | 02/02/24 |
| Supplemental Expert Disclosures: | 02/23/24 |
| Expert Discovery Cut-off: | 03/22/24 |
| Pretrial Motion Filing Deadline: | 04/19/24 |

The Pretrial Conference date of June 14, 2024, and the Trial date of August 19, 2024, remain as scheduled.

IT IS SO ORDERED.

Dated: __**November 16, 2023**__          /s/ *Barbara A. McAuliffe*_
                                      UNITED STATES MAGISTRATE JUDGE